

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

—————————————————

No. 02-22-00357-CV
No. 02-22-00360-CV

—————————————————

IN THE INTEREST OF J.W., A CHILD

On Appeal from the 442nd District Court
Denton County, Texas
Trial Court Nos. 20-6433-442, 21-5531-442

Before Sudderth, C.J.; Kerr and Walker, JJ.
Memorandum Opinion by Justice Walker

# MEMORANDUM OPINION

Appellants Enos and Katherine Hershberger seek to appeal the trial court's order denying their motion to waive consent and residency requirements in a petition for adoption (Order). Concerned that this Order was not final or appealable, the clerk of this court notified Appellants on September 19, 2022, that, unless they or any party desiring to continue the appeals filed, on or before September 29, 2022, a response showing grounds for continuing the appeals, they could be dismissed for want of jurisdiction. *See* Tex. R. App. P. 42.3(a), 44.3. In response, Appellant's attorney stated that "[i]t appears to [him] that the Court's concern that the order appealed from [is] not final is well-founded. It also appears to [him] that the order is interlocutory."

Appeals may be taken only from final judgments or as expressly allowed by statute. *Indus. Specialists, LLC v. Blanchard Ref. Co.*, No. 20-0174, 2022 WL 2082236, at *2 (Tex. June 10, 2022); *see* Tex. Civ. Prac. & Rem. Code Ann. § 51.014. Having not received an order from which an appeal may be taken in this case, we dismiss the appeals for want of jurisdiction. *See* Tex. R. App. P. 42.3(a), 43.2(f).

/s/ Brian Walker

Brian Walker
Justice

Delivered: October 13, 2022

2